[Cite as *J.L.C. Transp., Inc. v. Ohio Dept. of Transp., Dist. 1*, 2011-Ohio-3549.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

J.L.C. TRANSPORTATION, INC.

Plaintiff

v.

OHIO DEPARTMENT OF TRANSPORTATION, DISTRICT 1

Defendant

Case No. 2011-02425-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On February 23, 2010, this court issued an entry ordering plaintiff to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court.  Plaintiff entity was also ordered to submit the $25 filing fee or a poverty statement or face dismissal of this case.  A review of the docket indicates plaintiff entity has failed to comply with these orders.  Accordingly, plaintiff entity's case is DISMISSED without prejudice pursuant to Civ.R. 41.  The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

J.L.C. Transportation, Inc.

Scott R. Clemens, President
1910 Baltimore Street
Defiance, Ohio  43512

DRB/laa
Filed 4/7/11
Sent to S.C. reporter 7/8/11